STATE OF NEW JERSEY v. GLENN M. CARLOS.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WOODROW STEVEN NEAL.

March 1, 1983.

Petition for certification denied.

IRENE TURBOWITZ v. LESLIE TURBOWITZ.

March 1, 1983.

Petition for certification denied.

BARRY J. LAMB v. RICHARD L. BARBOUR.

March 1, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 6)

STATE OF NEW JERSEY v. WALTER CABELL, JR.

March 1, 1983.

Petition for certification denied.